**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: M&R PLUMBING, INC.                §   Case No. 09-00841-BWB
                                         §
                                         §
                                         §
Debtor(s)                                §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
THOMAS B. SULLIVAN, TRUSTEE    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 04/23/2010 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


   Date Mailed:  02/03/2010          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700




**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: M&R PLUMBING, INC.    § Case No. 09-00841-BWB
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $　　5,632.42 |
| *and approved disbursements of* | $　　　　19.81 |
| *leaving a balance on hand of* [1] | $　　5,612.61 |

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | THOMAS B. SULLIVAN, TRUSTEE | $　　750.00 | $　　 |
| *Attorney for trustee* | Grochocinski, Grochocinski & Lloyd, Ltd. | $　　750.00 | $　　23.10 |
| *Appraiser* | | $　　 | $　　 |
| *Auctioneer* | | $　　 | $　　 |
| *Accountant* | Alan D. Lasko | $　　750.00 | $　　11.92 |
| *Special Attorney for trustee* | | $　　 | $　　 |
| *Charges,* | U.S. Bankruptcy Court | $　　 | $　　 |
| *Fees,* | United States Trustee | $　　 | $　　 |
| *Other* | | $　　 | $　　 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $53.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 004 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | $ 53.67 | $ 53.67 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 159,991.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 002 | FORD MOTOR CREDIT COMPANY LLC | $ 20,653.05 | $ 422.60 |
| 003 | CORTINA & MUELLER | $ 1,878.50 | $ 38.44 |
| 005 | MUNCH'S SUPPLY CO | $ 6,381.59 | $ 130.58 |
| 006 | AUTO OWNERS INSURANCE | $ 287.24 | $ 5.88 |
| 007 | ADVANTA BANK CORP | $ 19,774.33 | $ 404.62 |
| 008 | FIRST MIDWEST BANK | $ 25,000.00 | $ 511.54 |
| 009 | FIRST MIDWEST BANK | $ 86,017.03 | $ 1,760.05 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                 Page 1 of 2                   Date Rcvd: Mar 18, 2010
Case: 09-00841                 Form ID: pdf006              Total Noticed: 36

The following entities were noticed by first class mail on Mar 20, 2010.
db         +M & R Plumbing, Inc.,    Post Office Box 116,    Marseilles, IL 61341-0116
aty        +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1507
aty        +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Chris D Rouskey,    Rouskey and Baldacci,    151 Springfield Ave,    Joliet, IL 60435-7503
aty        +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr         +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
13039838   ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,     Post Office Box 8088,    Philadelphia, PA 19101)
14369979   ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp.,     c/o Becket and Lee LLP,    POB 3001,
             Malvern  PA 19355-0701)
13039839    +Auburn Supply Co.,    3850 W. 167th Street,    Markham, IL 60428-5306
13039840    +Auto Owners Insurance,    Post Office Box 30315,    Lansing, MI 48909-7815
13039841    +Capital One Bank,    Post Office Box 6492,    Carol Stream, IL 60197-6492
13039842    +Chase Cardmember Services,    Post Office Box 15298,    Wilmington, DE 19850-5298
13039844    +Cortina & Mueller,    124 W. Washington Street,    Morris, IL 60450-2145
13039846   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,     National Bankruptcy Service Center,
             Post Office Box 537901,    Livonia, MI 48153)
13528381   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
             Livonia  MI  48153-9905)
13039845    +First Midwest Bank,    One Pierce Place, #1500,    Itasca, IL 60143-1253
13039847    +HSBC Menards,    Post Office Box 5219,    Carol Stream, IL 60197-5219
13039848    +I.D.E.S.,    850 E. Madison Street, 2nd Floor,    Springfield, IL 62702-5520
13039850   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,     Post Office Box 970024,
             Saint Louis, MO 63197)
14084531    +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13039849     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13039851    +Leeps Supply Co.,    8001 Tyler Street,    Merrillville, IN 46410-5345
13039852    +M. Cooper Supply Co.,    15657 S. 70th Court,    Orland Park, IL 60462-5107
13039853    +Matteson Ace Hardware,    221 Bedford Road,    Morris, IL 60450-1442
13039854    +Minooka Ace Hardware,    855 S. Ridge Road,    Minooka, IL 60447-8807
13039855    +Munch's Supply Co.,    c/o Coface Collections North America,    3001 Division Street,
             Metairie, Louisiana 70002-5854
13039856    +Nicor Gas,    Post Office Box 632,    Aurora, IL 60507-0632
13039857    +Plumbers & Pipefitter Local 422,    C/O First Midwest Bank,    50 W. Jefferson,
             Joliet, IL 60432-4400
13039858    +Roth Jorstad Insurance Agency,    322 Liberty Street,    Morris, IL 60450-2181
13039859    +Sprint,    Post Office Box 4181,    Carol Stream, IL 60197-4181
13556098    +Thomas and bonnie Mitchell,    C/O Attorney John P Cooney,    4925 Indiana Avenue, # 101,
             Lisle, IL 60532-1611
13039860    +Tire Tracks,    18612 N.W. Frontage Road,    Shorewood, IL 60404-9655
13039861    +William F. Meyer Co.,    1855 E. New York Street,    Aurora, IL 60502-8610

The following entities were noticed by electronic transmission on Mar 18, 2010.
13039843    +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
             Bill Payment Center,    Chicago, IL 60668-0001
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14084561*   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: froman             Page 2 of 2           Date Rcvd: Mar 18, 2010
Case: 09-00841                Form ID: pdf006          Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**                    **Signature:**     *Joseph Speetjens*