**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: M&R PLUMBING, INC. § Case No. 09-00841-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $53,794.92 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $3,328.03 | Claims Discharged Without Payment: $156,717.38 |
| Total Expenses of Administration: $2,304.83 | |

3) Total gross receipts of $ 5,632.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,632.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $42,843.71 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,543.05 | 2,304.83 | 2,304.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 53.67 | 53.67 | 53.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 159,991.74 | 159,991.74 | 3,274.36 |
| **TOTAL DISBURSEMENTS** | $0.00 | $207,432.17 | $162,350.24 | $5,632.86 |

4) This case was originally filed under Chapter 7 on January 13, 2009. . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2010          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| JUDGMENT LIEN/WILLIAM VESSEL | 1249-000 | 5,630.00 |
| Interest Income | 1270-000 | 2.86 |
| **TOTAL GROSS RECEIPTS** | | **$5,632.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC | 4210-000 | N/A | 42,843.71 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$42,843.71** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,313.22 | 750.00 | 750.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3110-000 | N/A | 1,875.00 | 750.00 | 750.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. | 3120-000 | N/A | 23.10 | 23.10 | 23.10 |
| Alan D. Lasko | 3410-000 | N/A | 1,300.00 | 750.00 | 750.00 |
| Alan D. Lasko | 3420-000 | N/A | 11.92 | 11.92 | 11.92 |
| UPS | 2990-000 | N/A | 15.04 | 15.04 | 15.04 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 4.77 | 4.77 | 4.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,543.05 | 2,304.83 | 2,304.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPT OF EMPLOYMENT SECURITY | 5800-000 | N/A | 53.67 | 53.67 | 53.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 53.67 | 53.67 | 53.67 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC | 7100-000 | N/A | 20,653.05 | 20,653.05 | 422.69 |
| CORTINA & MUELLER | 7100-000 | N/A | 1,878.50 | 1,878.50 | 38.45 |
| MUNCH'S SUPPLY CO | 7100-000 | N/A | 6,381.59 | 6,381.59 | 130.60 |
| AUTO OWNERS INSURANCE - AUTO OWNERS INSURANCE | 7100-001 | N/A | 287.24 | 287.24 | 5.88 |
| ADVANTA BANK CORP | 7100-000 | N/A | 19,774.33 | 19,774.33 | 404.70 |
| FIRST MIDWEST BANK | 7100-000 | N/A | 25,000.00 | 25,000.00 | 511.64 |
| FIRST MIDWEST BANK | 7100-000 | N/A | 86,017.03 | 86,017.03 | 1,760.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 159,991.74 | 159,991.74 | 3,274.36 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-00841-BWB  
**Case Name:** M&R PLUMBING, INC.  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 01/13/09 (f)  
**§341(a) Meeting Date:** 03/26/09  

**Period Ending:** 09/28/10  
**Claims Bar Date:** 09/08/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FIRST MIDEST CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 42,194.92 | 42,194.92 | DA | 0.00 | FA |
| 3 | 1998 HARLEY DAVIDSON MOTORCYCLE | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4 | 2000 FOREST RIVER TRAILER | 800.00 | 800.00 | DA | 0.00 | FA |
| 5 | 2001 CHEVROLET PICKUP TRUCK | 2,200.00 | 2,200.00 | DA | 0.00 | FA |
| 6 | 2005 CARGO MATE TRAILER | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 7 | 1995 CHEVROLET BOX TRUCK | 500.00 | 500.00 | DA | 0.00 | FA |
| 8 | 2008 FORD PICKUP TRUCK | 25,000.00 | 0.00 | | 0.00 | FA |
| 9 | OFFICE EQUIPMENT | 1,100.00 | 1,100.00 | DA | 0.00 | FA |
| 10 | MISC PLUMBING TOOLS | 500.00 | 500.00 | DA | 0.00 | FA |
| 11 | MISC PLUMBING SUPPLIES | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 12 | JUDGMENT LIEN/WILLIAM VESSEL (u) | 5,630.00 | 5,630.00 | | 5,630.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.86 | FA |
| 13 | Assets   Totals (Excluding unknown values) | **$88,424.92** | **$63,424.92** | | **$5,632.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

ACCOUNTANT EMPLOYED; TAX RETURNS BEING PREPARED; FINAL REPORT TO FOLLOW

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** March 17, 2010 (Actual)

Printed: 09/28/2010 11:34 AM    V.12.52

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-00841-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | M&R PLUMBING, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***2276 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/09 | {12} | CHICAGO TITLE & TRUST CO | JUDGMENT/ PROCEEDS ON REAL PROPERTY OF WILLIAM VESSEL | 1249-000 | 5,630.00 | | 5,630.00 |
| 04/09/09 | 1001 | UPS | OVERNIGHT DELIVERY FEES | 2990-000 | | 15.04 | 5,614.96 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 5,615.13 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,615.35 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,615.59 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,615.82 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,616.05 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,616.27 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,616.49 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,616.72 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,616.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,617.17 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-00841, BOND#016026455 Voided on 02/05/10 | 2300-000 | | 4.77 | 5,612.40 |
| 02/05/10 | 1002 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-00841, BOND#016026455 Voided: check issued on 02/05/10 | 2300-000 | | -4.77 | 5,617.17 |
| 02/05/10 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-00841, BOND#016026455 | 2300-000 | | 4.77 | 5,612.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,612.61 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 5,612.86 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.14 | | 5,613.00 |
| 04/20/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -5,613.00 | | 0.00 |
| | | | ACCOUNT TOTALS | | 19.81 | 19.81 | $0.00 |
| | | | Less: Bank Transfers | | -5,613.00 | 0.00 | |
| | | | Subtotal | | 5,632.81 | 19.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,632.81 | $19.81 | |

{} Asset reference(s)                                                                                                  Printed: 09/28/2010 11:34 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-00841-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | M&R PLUMBING, INC. | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****48-66 - Checking Account |
| **Taxpayer ID #:** | **-***2276 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/28/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 09/28/2010 11:34 AM    V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-00841-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | M&R PLUMBING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******48-65 - Money Market Account |
| Taxpayer ID #: | **-***2276 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 09/28/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 5,613.00 | | 5,613.00 |
| 04/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0500% | 1270-000 | 0.05 | | 5,613.05 |
| 04/27/10 | | To Account #9200******4866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 5,613.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,613.05 | 5,613.05 | $0.00 |
| | | | Less: Bank Transfers | | 5,613.00 | 5,613.05 | |
| | | | Subtotal | | 0.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.05 | $0.00 | |

{} Asset reference(s)             Printed: 09/28/2010 11:34 AM    V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 09-00841-BWB  
**Case Name:** M&R PLUMBING, INC.

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account

**Taxpayer ID #:** **-***2276  
**Period Ending:** 09/28/10

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/10 | | From Account #9200******4865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 5,613.05 | | 5,613.05 |
| 04/30/10 | 10101 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $750.00, Trustee Compensation;  Reference: | 2100-000 | | 750.00 | 4,863.05 |
| 04/30/10 | 10102 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $750.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 750.00 | 4,113.05 |
| 04/30/10 | 10103 | Grochocinski, Grochocinski & Lloyd, Ltd. | Dividend paid 100.00% on $23.10, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 23.10 | 4,089.95 |
| 04/30/10 | 10104 | Alan D. Lasko | Dividend paid 100.00% on $750.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 750.00 | 3,339.95 |
| 04/30/10 | 10105 | Alan D. Lasko | Dividend paid 100.00% on $11.92, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 11.92 | 3,328.03 |
| 04/30/10 | 10106 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | Dividend paid 100.00% on $53.67; Claim# 004; Filed: $53.67; Reference: | 5800-000 | | 53.67 | 3,274.36 |
| 04/30/10 | 10107 | FORD MOTOR CREDIT COMPANY LLC | Dividend paid 2.04% on $20,653.05; Claim# 002; Filed: $20,653.05; Reference: | 7100-000 | | 422.69 | 2,851.67 |
| 04/30/10 | 10108 | CORTINA & MUELLER | Dividend paid 2.04% on $1,878.50; Claim# 003; Filed: $1,878.50; Reference: | 7100-000 | | 38.45 | 2,813.22 |
| 04/30/10 | 10109 | MUNCH'S SUPPLY CO | Dividend paid 2.04% $6,381.59; Claim# 005; Filed: $6,381.59; Reference: | 7100-000 | | 130.60 | 2,682.62 |
| 04/30/10 | 10110 | AUTO OWNERS INSURANCE | Dividend paid 2.04% on $287.24; Claim# 006; Filed: $287.24; Reference:<br>Stopped on 08/03/10 | 7100-000 | | 5.88 | 2,676.74 |
| 04/30/10 | 10111 | ADVANTA BANK CORP | Dividend paid 2.04% on $19,774.33; Claim# 007; Filed: $19,774.33; Reference: | 7100-000 | | 404.70 | 2,272.04 |
| 04/30/10 | 10112 | FIRST MIDWEST BANK | Dividend paid 2.04% on $25,000.00; Claim# 008; Filed: $25,000.00; Reference: | 7100-000 | | 511.64 | 1,760.40 |
| 04/30/10 | 10113 | FIRST MIDWEST BANK | Dividend paid 2.04% on $86,017.03; Claim# 009; Filed: $86,017.03; Reference: | 7100-000 | | 1,760.40 | 0.00 |
| 08/03/10 | 10110 | AUTO OWNERS INSURANCE | Dividend paid 2.04% on $287.24; Claim# 006; Filed: $287.24; Reference:<br>Stopped: check issued on 04/30/10 | 7100-000 | | -5.88 | 5.88 |
| 08/03/10 | 10114 | AUTO OWNERS INSURANCE | UNCLAIMED FUNDS | 7100-001 | | 5.88 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,613.05 | 5,613.05 | $0.00 |
| | | | Less: Bank Transfers | | 5,613.05 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,613.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,613.05** | |

{} Asset reference(s)

Printed: 09/28/2010 11:34 AM    V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 09-00841-BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** | M&R PLUMBING, INC. | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******48-66 - Checking Account |
| **Taxpayer ID #:** | **-***2276 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/28/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****48-65** | 5,632.81 | 19.81 | 0.00 |
| **Checking # ***-*****48-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******48-65** | 0.05 | 0.00 | 0.00 |
| **Checking # 9200-******48-66** | 0.00 | 5,613.05 | 0.00 |
| | $5,632.86 | $5,632.86 | $0.00 |

{} Asset reference(s)

Printed: 09/28/2010 11:34 AM    V.12.52